UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:24-mj-665-TAB |
| | ) | |
| DRUMMOND NEIL SMITHSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 23, 2024,
HONORABLE TIM A BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 31, 2024, out of the Southern District of Florida, Case No. 0:20CR60062-RAR(1).   Defendant appeared in person and by FCD counsel Bill Dazey.   Government represented by AUSA Corbin Houston.   USPO represented by Megan Stevens.

Financial affidavit approved.   Counsel appointed.

Defendant waived his right to an identity hearing.   Charges and rights were read and explained.

Government moved for the defendant to remain in custody pending transport to the Southern District of Florida.   Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district.

Defendant remanded to the custody of the U.S. Marshal pending removal to the Southern District of Florida.

Date: 7/23/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system