PROB 19A                                                                                    SD/FL PACTS No.: 6860593

JILL MILES *Digitally signed by JILL MILES Date: 2024.06.03 12:01:06 -04'00'*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20CR60062-RAR(1)

U.S.A. vs. Drummond Neil Smithson

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court. ||||
| NAME OF SUPERVISED RELEASEE<br>Drummond Neil Smithson | SEX<br>Male | RACE<br>White | AGE<br>32 |
| ADDRESS (STREET, CITY, STATE)<br>HOMELESS ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>Southern District of Florida<br>District of Massachusetts || DATE IMPOSED<br>8/02/2022<br>2/02/2023 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Southern District of Florida, Miami, Florida ||||
| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>G. Gomez | DATE<br>6/2/2024 ||

"Upon the arrest of the defendant, he/she is to be brought before the Duty Magistrate ONLY for purposes of advising him/her on the charges against him/her and for appointment of counsel, if appropriate. All other matters, including bond, will be held before Judge Ruiz, II."

*Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida*
*By: G. Gomez, Deputy Clerk*
*Date: Jun 3, 2024*

| RETURN |||
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED<br>7/23/24 | DATE EXECUTED<br>7/23/24 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S Marshals Service<br>46 E. Ohio St., Indianapolis, IN |||
| NAME<br>DUSM Don Teagle | (BY) | DATE<br>7/23/24 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."